# In the United States Court of Federal Claims

No. 18-982C
(Filed: February 28, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SANZA E. THOMPSON,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiff Sanza E. Thompson, proceeding pro se, filed a complaint in the above-captioned case on July 9, 2018. In a notice issued that same date, the clerk of court advised plaintiff that the court had "not received the required filing fee of $400.00" pursuant to 28 U.S.C. § 1926(a) and Rule 77.1(c) of the Rules of the United States Court of Federal Claims ("RCFC"),[1] or "a completed application to proceed in forma pauperis" in accordance with 28 U.S.C. § 1915. The clerk of court cautioned plaintiff that failing to pay the filing fee or to submit an application to proceed in forma pauperis might result in the dismissal of the complaint.

Because plaintiff did not respond to the clerk's notice, the court issued an order on January 23, 2019, directing plaintiff to pay the filing fee or submit an application to proceed in forma pauperis by February 22, 2019, and warning that failure to take such action would result in the dismissal of plaintiff's complaint.

As of the date of this order, plaintiff has neither paid the filing fee nor filed an application to proceed in forma pauperis. Accordingly, the court **DISMISSES** plaintiff's complaint **WITHOUT PREJUDICE** pursuant to RCFC 41(b).

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Chief Judge

---

[1] The court's rules can be found at http://www.uscfc.uscourts.gov/rcfc.